**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Hayes JONES, Jr., a.k.a. Pete,**
**Defendant–Appellant.**

**No. 10–10826**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 15, 2010.

Steven E. Butler, Deborah A. Griffin, Eugene Seidel, Assistant U.S. Attorneys, Daryl Alsabrook Atchison, Donna Barrow Dobbins, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Elsie Mae Miller, Carlos Alfredo Williams, Federal Defenders Organization, Inc., Mobile, AL, for Defendant–Appellant.

Before HULL, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed counsel for Hayes Jones, Jr., filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Jones's conviction and sentence are **AFFIRMED.**